October 21, 2011

Mr. Tynan Buthod
Baker & Botts, L.L.P.
910 Louisiana, One Shell Plaza
Houston, TX 77002-4995
Ms. Susan Lea Hays
Godwin Ronquillo PC
Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, TX 75270-2041

RE: Case Number: 10-0669
 Court of Appeals Number: 12-08-00340-CV
 Trial Court Number: 87-10441

Style: H.E. BARNES
 v.
 LEE ROY MATHIS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Janice |
| |Staples |
| |Ms. Cathy S. |
| |Lusk |